**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUHONG YAO, as Heir, and on behalf of
all Heirs and the Estate of Xiulan Zhang,
deceased,

        Plaintiff,

  v.

UNITED STATES and BIN YAO,

        Defendants.

_____/

No. C 14-03561 WHA

**ORDER DISMISSING
NORTH EAST MEDICAL SERVICES,
JOSEPH KERBLESKI, JUDY HSU
AND ORDER RE CAPTION**

     In August 2014, plaintiff commenced this action.  In September 2014, the United States
filed a notice substituting itself "in place of defendants North East Medical Services, Joseph
Kerbleski, and Judy Hsu" pursuant to Section 2679(d)(1) of Title 28 of the United States Code.
Plaintiff stated no objection to dismissal of the aforementioned defendants (Dkt. Nos. 23, 26).

     Accordingly, defendants North East Medical Services, Joseph Kerbleski, and Judy Hsu
are hereby **DISMISSED**.  The United States is hereby substituted in their place.  The caption is
hereby amended to *Yao v. United States, et al*., as it appears above.

     **IT IS SO ORDERED.**

Dated:   September 24, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE