IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUHONG YAO, as Heir, and on behalf of all Heirs and the Estate of Xiulan Zhang, Deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, and BIN YAO,<br><br>    Defendants. | No. C 14-03561 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges defendant's notice of settlement in the captioned matter but cautions that all deadlines remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE