United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YUHONG YAO, as Heir, and on behalf of all Heirs and the Estate of Xiulan Zhang, deceased,

Plaintiff,

v.

UNITED STATES OF AMERICA, BIN YAO,

Defendants.

No. C 14-03561 WHA

**ORDER APPROVING STIPULATION FOR COMPROMISE SETTLEMENT, RELEASES, AND DISMISSAL OF FEDERAL TORT CLAMS ACT CLAIMS**

The parties have filed a stipulation setting forth terms of a settlement and seeking to have this action dismissed (Dkt. No. 47).  Pursuant to the terms of that stipulation, this matter is hereby **DISMISSED WITH PREJUDICE**.  The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:   October 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE